# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### FORTMYERS DIVISION
www.flmb.uscourts.gov

In Re:
**Debtor:** Melissa Hepler

Case #9:17-bk-06165
Chapter 13

## FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION
*Subject property: 731 Solana Loop Punta Gorda, FL 33950*

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted and the following parties were present:

1. [   ] The Debtor:
2. [   ] The Debtor's Attorney:
3. [   ] The Lender's Representative:
4. [   ] The Lender's Attorney:

**B.** The final MMM conference was not scheduled and not conducted for the following reason:

1. [ x ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [   ] The parties did not reach an agreement

Dated: 11.21.17

Signature of Mediator: _____ //s// Holly McFall
Printed Name: Holly McFall
Address: 1350 Monroe Street #1030 Fort Myers, FL 33902-1030
Phone: (239) 634-6096
Email: Holly@McFallLawFirm.com

Copies To:
[All Parties to Mediation]