UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:
MELISSA BETH HEPLER DBA DOGS
BY MELISSA K-9 SERVICES

CASE NO. 9:17-bk-06165-FMD
CHAPTER 13

Debtor(s).
_____/

**CREDITOR'S MOTION TO DISBURSE PRE-CONFIRMATION**
**ADEQUATE PROTECTION PAYMENTS**
(731 SOLANA LOOP, PUNTA GORDA, FL 33950)

**COMES NOW** the Creditor, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST IX, by and through undersigned attorney and pursuant to all applicable Bankruptcy Rules and Procedure, files its Motion to Disburse Pre-Confirmation Adequate Protection Payments and as grounds thereto states as follows:

1. On July 17, 2017, MELISSA BETH HEPLER, (the "Debtor"), filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. On July 28, 2017, Debtor filed the Chapter 13 Plan, but has not yet been confirmed.

3. The Prior Servicer Specialized Loan Servicing LLC filed its Proof of Claim No. 1 (the "Claim") in this case on July 31, 2017 for total debt in the amount of $147,366.69 and total pre-petition arrearage in the amount of $60,519.81.

4. On August 2, 2017, the Court entered the Mortgage Modification Mediation Order.

5. On March 9, 2018, the Court entered an Order Granting Debtor's Motion to Approve Trial Mortgage Modification with Specialized Loan Servicing, LLC [DE-30].

6. Creditor filed its Transfer of Claim on March 23, 2018 [DE-32].

7. The Creditor requests that the Trustee disburse pre-confirmation adequate protection payments in the amount of $1,096.00, beginning July 1, 2018, or as soon as practicable, until the Chapter 13 Plan can be confirmed.

8. Payments should be sent to the Creditor at the below address:

1000001241

SHELLPOINT MORTGAGE SERVICING
P.O. BOX 10826
GREENVILLE, SC 29603-0826

    WHEREFORE, Creditor respectfully requests that this Court grant its Motion to Disburse Pre-Confirmation Adequate Protection Payments to bring the Debtor Current and allow creditor time to generate the final loan modification agreement.

    eXL Legal, PLLC
Email Address: bk@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Movant

By: /s/ Brian M. Guertin
Brian M. Guertin
FL BAR # 109105

1000001241

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on  June 25 , 2018, by U.S. Mail and/or electronic mail via CM/ECF to:

MARK MARTELLA, ESQ.
18501 MURDOCK CIRCLE, UNIT 304
PORT CHARLOTTE, FL 33948

JON WAAGE, TRUSTEE
P O BOX 25001
BRADENTON, FL 34206-5001

UNITED STATES TRUSTEE - FTM7/13, 7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

  The parties identified below were served on June 25, 2018 by U.S. Mail.

MELISSA BETH HEPLER
731 SOLANA LOOP
PUNTA GORDA, FL 33950

            eXL Legal, PLLC
            Email Address: bk@exllegal.com
            12425 28th Street North, Suite 200
            St. Petersburg, FL 33716
            Telephone No. (727) 536-4911
            Attorney for the Movant

            By: /s/ Brian M. Guertin
            Brian M. Guertin
            FL BAR # 109105

1000001241