UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:
MELISSA BETH HEPLER DBA DOGS
BY MELISSA K-9 SERVICES

                         CASE NO. 9:17-bk-06165-FMD
                         CHAPTER 13

    Debtor(s).
_____/

## NOTICE OF FILING

COMES NOW U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST IX, a Creditor in the above-styled case, and files the Loan Modification Agreement, attached hereto.

                                                  eXL Legal, PLLC
                                                  Email Address: bk@exllegal.com
                                                  12425 28th Street North, Suite 200
                                                  St. Petersburg, FL 33716
                                                  Telephone No. (727) 536-4911
                                                  Attorney for the Movant

                                                  By:   /s/ Brian M. Guertin
                                                  Brian M. Guertin
                                                  FL BAR # 109105

1000001241

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on July 20, 2018, by U.S. Mail and/or electronic mail via CM/ECF to:

MARK MARTELLA, ESQ.
ICARD MERRILL
18501 MURDOCK CIRCLE, UNIT 304
PORT CHARLOTTE, FL 33948

JON WAAGE, TRUSTEE
P O BOX 25001
BRADENTON, FL 34206-5001

FT. MYERS DIVISION
UNITED STATES TRUSTEE - FTM7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

      The parties identified below were served on July 20, 2018 by U.S. Mail.

MELISSA BETH HEPLER
731 SOLANA LOOP
PUNTA GORDA, FL 33950

                                                           eXL Legal, PLLC
                                                         Email Address: bk@exllegal.com
                                                         12425 28th Street North, Suite 200
                                                         St. Petersburg, FL 33716
                                                         Telephone No. (727) 536-4911
                                                         Attorney for the Movant

                                                         By: /s/ Brian M. Guertin
                                                         Brian M. Guertin
                                                         FL BAR # 109105

1000001241